# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gillmor, Helen | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>04/19/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>300 Ala Moana Blvd<br>Room C-400<br>Honolulu, Hawaii 96850 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Hawaii Women's Legal Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01-12/2012 | Pension from State of Hawaii 01/01/2012-12/31/2012) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | March 29-30, 2012 | Washington, DC | Speaker | Airfare, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 19

**Name of Person Reporting**

Gillmor, Helen

**Date of Report**

04/19/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #1, Charles Schwab | | | | | | | | | |
| 2. Aecom Tech | | None | | | Sold | 12/24/12 | J | A | |
| 3. Apollo Inv | B | Dividend | K | T | | | | | |
| 4. Banco Santander | | None | J | T | | | | | |
| 5. Carnival Corp | A | Dividend | J | T | Buy | 12/27/12 | J | | |
| 6. Chesapeake Energy | A | Dividend | J | T | | | | | |
| 7. Chesapeake Energy | A | Dividend | J | T | Buy (add'l) | 1/12/12 | J | | |
| 8. Chicos Fas | A | Dividend | | | Sold | 9/6/12 | J | | |
| 9. CIFC (Deerfield) | | None | J | T | | | | | |
| 10. Cisco Systems | A | Dividend | J | T | | | | | |
| 11. Citigroup | A | Dividend | J | T | | | | | |
| 12. Commonwealth REIT (fka HR Property Trust) | A | Dividend | K | T | | | | | |
| 13. Cohen & Steers REIT | C | Dividend | N | T | | | | | |
| 14. Co. Vale de Rio | A | Dividend | J | T | | | | | |
| 15. Conoco Phillips | A | Dividend | J | T | | | | | |
| 16. Diana Shipping | | None | J | T | | | | | |
| 17. Exxon Mobil | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gillmor, Helen** | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Freeport McMoran | A | Dividend | J | T | | | | | |
| 19. Freeport McMoran | A | Dividend | J | T | Buy (add'l) | 6/04/12 | J | | |
| 20. Frontier Com | A | Dividend | J | T | | | | | |
| 21. Frontier Com | A | Dividend | J | T | Buy (add'l) | 01/18/12 | J | | |
| 22. Goldman Sachs | A | Dividend | K | T | | | | | |
| 23. Phillips 66 (Spin off from Conoco Phillips) | A | Dividend | J | T | Spinoff (from line 15) | 04/30/12 | J | | |
| 24. Plans American Pipeline | A | Dividend | J | T | Buy | 12/27/12 | J | | |
| 25. Powershares Exc. Traded | A | Dividend | J | T | Buy | 01/23/12 | J | | |
| 26. Prestige Brands | | None | K | T | | | | | |
| 27. Raytheon Corp | A | Dividend | J | T | | | | | |
| 28. RuthsChris Steakhouse | | None | J | T | | | | | |
| 29. Whirlpool Corp | A | Dividend | K | T | Buy | 01/12/12 | J | | |
| 30. Whirlpool Corp | A | Dividend | J | T | Sold (part) | 08/20/12 | J | A | |
| 31. Baton Asset Fund | B | Distribution | K | T | | | | | |
| 32. Gabelli Asset Fund | B | Distribution | L | T | | | | | |
| 33. James Fund | B | Distribution | L | T | | | | | |
| 34. Landus Intl Fund | A | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Money Market Fund | A | Distribution | K | T | | | | | |
| 36. Brokerage Account # 1, Charles Schwab | | | | | | | | | |
| 37. Money Market Fund | A | Distribution | J | T | | | | | |
| 38. Brokerage Account # 2, Charles Schwab | | | | | | | | | |
| 39. Scopia PX LLC | C | Distribution | M | T | | | | | |
| 40. IRA # 2, Charles Schwab | | | | | | | | | |
| 41. Advent Claymore ENHCD Fund | B | Dividend | K | T | | | | | |
| 42. Apollo Inv | A | Dividend | J | T | | | | | |
| 43. Apollo Inv | A | Dividend | J | T | Buy (add'l) | 02/06/12 | J | | |
| 44. Apollo Inv | A | Dividend | J | T | Sold (part) | 09/10/12 | J | A | |
| 45. Apollo Inv | A | Dividend | J | T | Buy (add'l) | 11/09/12 | J | | |
| 46. Apollo Inv | A | Dividend | J | T | Sold (part) | 12/14/12 | J | A | |
| 47. Apollo Inv | A | Dividend | J | T | Sold (part) | 12/29/12 | J | A | |
| 48. Ares Capital | A | Dividend | J | T | Buy | 06/28/12 | J | | |
| 49. Ares Capital | A | Dividend | J | T | Buy (add'l) | 08/25/12 | J | | |
| 50. Brasil Telecom (Name changed to OS1A ADR | | None | J | T | | | | | |
| 51. Blackrock Kelso | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock Kelso | A | Dividend | J | T | Buy (add'l) | 04/16/12 | J | | |
| 53. Blackrock Kelso | A | Dividend | J | T | Buy (add'l) | 06/09/12 | J | | |
| 54. Cohen & Steers REIT | B | Dividend | K | T | | | | | |
| 55. Commonwealth REIT | A | Dividend | J | T | Buy | 04/07/12 | J | | |
| 56. Commonwealth REIT | A | Dividend | J | T | Buy (add'l) | 08/09/12 | J | | |
| 57. Commonwealth REIT | A | Dividend | J | T | Buy (add'l) | 09/04/12 | J | | |
| 58. Compass Diversified | A | Dividend | J | T | | | | | |
| 59. Compass Diversified | A | Dividend | J | T | Buy (add'l) | 03/02/12 | J | | |
| 60. Compass Diversified | A | Dividend | J | T | Buy (add'l) | 11/08/12 | J | | |
| 61. Invesco Corp | A | Dividend | J | T | | | | | |
| 62. Invesco Corp | A | Dividend | J | T | Buy (add'l) | 01/11/12 | J | | |
| 63. OSIA ADR (formely Brasil Telecom) | | None | J | T | | | | | |
| 64. Palomar Med Tech | | None | | | Sold | 12/11/12 | J | | |
| 65. Peabody Energy | A | Dividend | J | T | | | | | |
| 66. Peabody Energy | A | Dividend | J | T | Buy (add'l) | 01/12/12 | J | | |
| 67. Prospect Capital | A | Dividend | J | T | Buy | 12/27/12 | J | | |
| 68. Sears Holdings | | None | | | Sold | 01/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR - Homebuilders | A | Dividend | J | T | Buy | 09/28/12 | J | | |
| 70. Turkish Inv Fund | A | Dividend | J | T | Buy | 03/01/12 | J | | |
| 71. USG Corp | | None | J | T | | | | | |
| 72. USG Corp | | None | J | T | Sold (part) | 07/23/12 | J | A | |
| 73. USG Corp | | None | J | T | Sold (part) | 08/12/12 | J | | |
| 74. Cohen & Steers Intl REIT | A | Distribution | J | T | | | | | |
| 75. Money Market Fund | A | Distribution | J | T | | | | | |
| 76. Brokerage Act. # 3, Charles Schwab | | | | | | | | | |
| 77. AT & T | A | Dividend | J | T | | | | | |
| 78. American Capital | | None | J | T | | | | | |
| 79. Commonwealth REIT (fka HR Property Trust) | A | Dividend | J | T | | | | | |
| 80. Savient Pharm | | None | | | Sold | 04/11/12 | J | | |
| 81. Brokerage Money Market | A | Distribution | J | T | | | | | |
| 82. Trust # 1, Keybank | | | | | | | | | |
| 83. Abbott Labs | A | Dividend | J | T | | | | | |
| 84. Amazon | | None | J | T | | | | | |
| 85. Altera Corp | A | Dividend | | | Sold | 11/05/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Amgen Inc. | | None | J | T | | | | | |
| 87. | Anadarko Pete | A | Dividend | J | T | | | | | |
| 88. | Anadarko Pete | A | Dividend | J | T | Sold (part) | 06/13/12 | J | B | |
| 89. | Apple Corp | A | Dividend | J | T | Buy | 09/26/12 | J | | |
| 90. | Apple Corp | A | Dividend | J | T | Buy (add'l) | 12/03/12 | J | | |
| 91. | Annaly Cap Mgmt | B | Dividend | | | Sold | 12/23/12 | J | | |
| 92. | Applied Materials | A | Dividend | | | Sold | 06/13/12 | J | | |
| 93. | AT & T | A | Dividend | J | T | | | | | |
| 94. | Bank of Nova Scotia | A | Dividend | J | T | | | | | |
| 95. | CVS/Caremark | A | Dividend | J | T | | | | | |
| 96. | Celegene | | None | J | T | | | | | |
| 97. | Celegne | | None | J | T | Sold (part) | 09/26/12 | J | C | |
| 98. | Centurylink, Inc.(fka CenturyTel) | A | Dividend | | | Sold | 06/13/12 | J | | |
| 99. | Cincinati Fin Corp | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 100. | Coca Cola | A | Dividend | J | T | Buy | 02/23/12 | J | | |
| 101. | Derve & Co | A | Dividend | | | Sold | 12/03/12 | J | A | |
| 102. | Devon Energy | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Disney Co. | A | Dividend | J | T | | | | | |
| 104. Direct TV | | None | | | Sold | 12/03/12 | J | A | |
| 105. DuPont Chem | A | Dividend | | | Sold | 11/05/12 | J | A | |
| 106. EMC Corp. | A | Dividend | J | T | Buy | 09/26/12 | J | | |
| 107. Exxon Mobil | A | Dividend | K | T | | | | | |
| 108. Exxon Mobil | A | Dividend | J | T | Sold (part) | 06/13/12 | J | C | |
| 109. Forest Labs | | None | | | Sold | 11/05/12 | J | | |
| 110. Freeport McMoran | | None | J | T | | | | | |
| 111. General Electric | A | Dividend | J | T | | | | | |
| 112. General Mills | A | Dividend | J | T | | | | | |
| 113. H. J. Heinz Co. | A | Dividend | J | T | Buy | 02/23/12 | J | | |
| 114. Honeywell Inc | A | Dividend | | | Sold | 06/13/12 | J | C | |
| 115. IBM | A | Dividend | J | T | Sold (part) | 06/13/12 | J | C | |
| 116. IBM | A | Dividend | J | T | Sold (part) | 09/26/12 | J | C | |
| 117. Intel Corp | A | Dividend | J | T | | | | | |
| 118. JP Morgan | A | Dividend | J | T | | | | | |
| 119. Kraft Foods | A | Dividend | J | T | Buy | 06/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Lowes Corp | A | Dividend | | | Sold | 12/03/12 | J | | |
| 121. Morgan Stanley | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 122. Medtronic Inc. | A | Dividend | | | Sold | 06/13/12 | J | | |
| 123. MetLife | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 124. Modelenz Int (spinoff of Kraft Foods 10/02/12) | | None | | | Spinoff | 10/02/12 | J | | |
| 125. Modelenz Int (spinoff of Kraft Foods 10/02/12) | | None | | | Sold | 10/05/12 | J | A | |
| 126. 3M Co | A | Dividend | K | T | | | | | |
| 127. Oracle Corp | A | Dividend | J | T | | | | | |
| 128. Pepsico | A | Dividend | J | T | | | | | |
| 129. Procter and Gamble | A | Dividend | K | T | | | | | |
| 130. Proctor and Gamble | A | Dividend | J | T | Sold (part) | 06/13/12 | J | D | |
| 131. Qualcom | A | Dividend | J | T | Buy | 11/05/12 | J | | |
| 132. Southern Co | A | Dividend | J | T | | | | | |
| 133. Starbucks Corp | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 134. Suntrust Banks | A | Dividend | J | T | Buy | 09/26/12 | J | | |
| 135. Target Corp | A | Dividend | J | T | | | | | |
| 136. United Parcel Service | A | Dividend | J | T | Buy | 06/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. United Technologies | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 138. Verizon | A | Dividend | J | T | | | | | |
| 139. Visa | A | Dividend | J | T | | | | | |
| 140. Visa | A | Dividend | J | T | Sold (part) | 09/21/12 | J | C | |
| 141. Walgreen | A | Dividend | J | T | | | | | |
| 142. Wells Fargo | A | Dividend | J | T | Buy | 09/26/12 | J | | |
| 143. Key Bank Small Cap Fund | B | Distribution | K | T | | | | | |
| 144. Harbor Intl Fund | A | Dividend | K | T | | | | | |
| 145. Ishares Emerging Mkts | A | Dividend | K | T | | | | | |
| 146. Ishares Mid Cap | A | Dividend | L | T | Buy | 02/23/12 | L | | |
| 147. Powershares Commodity Index | | None | | | Sold | 06/13/12 | J | B | |
| 148. Royce Special Equity | A | Dividend | K | T | | | | | |
| 149. Penobscot Trading Co Ltd., Honolulu HI | | None | J | U | | | | | |
| 150. | | | | | | | | | |
| 151. Insurance Policies | | | | | | | | | |
| 152. New York Life | B | Dividend | M | U | | | | | |
| 153. New York Life | B | Dividend | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MONY | A | Dividend | J | U | | | | | |
| 155. Washington National Life | A | Dividend | J | U | | | | | |
| 156. | | | | | | | | | |
| 157. Keybank Account | | | | | | | | | |
| 158. Annaly Cap. Mgmt | A | Dividend | | | Sold | 02/17/12 | J | | |
| 159. Apache Corp | A | Dividend | J | T | | | | | |
| 160. Apache Corp | A | Dividend | J | T | Sold (part) | 06/08/12 | J | C | |
| 161. Apple Corp | | None | K | T | | | | | |
| 162. Apple Corp | | None | | | Sold (part) | 12/18/12 | J | D | |
| 163. CVS/Caremark | A | Dividend | J | T | | | | | |
| 164. CVS/Caremark | A | Dividend | J | T | Sold (part) | 06/08/12 | J | C | |
| 165. Camden National | A | Dividend | K | T | | | | | |
| 166. Camden National | A | Dividend | K | T | Sold (part) | 02/17/12 | J | D | |
| 167. Camden National | A | Dividend | J | T | Sold (part) | 06/19/12 | J | C | |
| 168. Celgene | | None | J | T | Buy | 01/10/12 | J | | |
| 169. Chevron | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 170. Costco Wholesale | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Walt Disney Co | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 172. Devon Energy | A | Dividend | | | Sold (part) | 02/17/12 | J | C | |
| 173. Devon Energy | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 174. Devon Energy | A | Dividend | | | Sold | 10/31/12 | J | C | |
| 175. Duke Energy | A | Dividend | | | Sold | 06/08/12 | J | C | |
| 176. Exxon Mobil | A | Dividend | J | T | | | | | |
| 177. F5 Networks, Inc. | | None | | | Sold | 09/21/12 | J | A | |
| 178. General Dynamics | A | Dividend | | | Sold | 06/08/12 | J | | |
| 179. Gen Mills | A | Dividend | J | T | | | | | |
| 180. H.J. Heinz Co | A | Dividend | J | T | | | | | |
| 181. Honeywell Inc | A | Dividend | | | Sold (part) | 06/08/12 | J | C | |
| 182. Honeywell Inc | A | Dividend | | | Sold | 11/28/12 | J | C | |
| 183. Juniper Networks | | None | | | Sold | 10/31/12 | J | | |
| 184. Kraft Foods | A | Dividend | J | T | | | | | |
| 185. Lowes Corp | A | Dividend | J | T | | | | | |
| 186. McCormack and Co | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 187. Mondelez Int'l (Spinoff from Kraft Foods) | | None | | | Spinoff | 10/02/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Mondelez Int'l (Spinoff from Kraft Foods) | | None | | | Sold | 11/05/12 | J | A | |
| 189. Nextera Energy | A | Dividend | J | T | Sold (part) | 12/28/12 | J | D | |
| 190. Novartis AG | A | Dividend | J | T | | | | | |
| 191. Oracle | A | Dividend | J | T | | | | | |
| 192. Pepsico | A | Dividend | K | T | | | | | |
| 193. Praxair | A | Dividend | K | T | | | | | |
| 194. Praxair | A | Dividend | J | T | Sold (part) | 06/08/12 | J | C | |
| 195. Praxair | A | Dividend | J | T | Sold (part) | 12/28/12 | J | C | |
| 196. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 197. Proctor & Gamble | A | Dividend | J | T | Sold (part) | 12/28/12 | J | C | |
| 198. Qualcom, Inc. | A | Dividend | J | T | | | | | |
| 199. Seimans AG Corp | A | Dividend | | | Sold | 02/11/12 | J | A | |
| 200. Staples Inc | A | Dividend | | | Sold | 02/17/12 | J | | |
| 201. Stryker Corp | A | Dividend | | | Sold | 09/21/12 | J | B | |
| 202. Target Corp | A | Dividend | | | Sold (part) | 09/21/12 | J | C | |
| 203. Target Corp | A | Dividend | | | Sold | 11/28/12 | J | A | |
| 204. Teva Pharmaceuticals | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. 3M Corp | A | Dividend | K | T | | | | | |
| 206. 3M Corp | A | Dividend | J | T | Sold (part) | 06/18/12 | J | C | |
| 207. 3M Corp | A | Dividend | J | T | Sold (part) | 09/21/12 | J | C | |
| 208. Travelers Cos | A | Dividend | J | T | | | | | |
| 209. US Bancorp | A | Dividend | | | Sold | 10/31/12 | J | A | |
| 210. United Health Group | A | Dividend | J | T | Sold (part) | 09/21/12 | J | C | |
| 211. Verizon | A | Dividend | J | T | | | | | |
| 212. Wells Fargo | A | Dividend | J | T | | | | | |
| 213. Harbor Int'l Fund | B | Dividend | L | T | | | | | |
| 214. I Shares Mid-Cap | A | Dividend | L | T | | | | | |
| 215. I Shares Small-Cap | A | Dividend | L | T | | | | | |
| 216. Vangaurd Emerging Markets Fund | A | Dividend | L | T | | | | | |
| 217. Victory Tax Free Money Market | A | Dividend | | | Sold | 05/01/12 | K | | |
| 218. Federated Tax Free Fund | A | Dividend | K | T | Buy | 05/01/12 | K | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/19/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen Gillmor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544